UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DA'SHAWN L. WILLIAMS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 1:19-11807-IT |
| | * |
| THOMAS A. TURCO, et al., | * |
| | * |
| Defendants. | |

ORDER

March 18, 2022

TALWANI, D.J.

No objection having been filed, the Report and Recommendation [Doc. No. 89] on Defendants Emily Holmes, Karen Collins, and Chelsea Piling's ("Clinical Defendants") Motion for Judgment on the Pleadings [Doc. No. 81] is adopted by the court. For the reasons set forth therein, the Clinical Defendants' Motion [Doc. No. 81] is ALLOWED. The claims against the Clinical Defendants that were not dismissed in the court's Order Adopting Report and Recommendation re: Pending Motions [Doc. No. 78] are DISMISSED with prejudice.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge